BOARD OF EDUCATION OF THE CITY OF SYRACUSE, Respondent, *v.* CHESTER H. KING, as Auditor of the City of Syracuse, Appellant.

Submitted January 5, 1953; decided January 21, 1953.

*George L. Richardson, Corporation Counsel (Richard T. Mosher* of counsel), for motion.

*Henry S. Fraser* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.